UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYSHAWN LEE JACKSON, | No. 2:23-cv-01001-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| JIM ROBERTSON, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He requests an extension of time to comply with the court's May 31, 2023 order directing him to either pay the filing fee or seek leave to proceed in forma pauperis. ECF No. 3. Petitioner's request for an extension of time is granted.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for an extension of time (ECF No. 4) is granted and petitioner shall either pay the filing fee or seek leave to proceed in forma pauperis within 30 days from the date this order is served. Failure to so comply may result in a recommendation that this action be dismissed.

Dated: July 5, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE