UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYSHAWN LEE JACKSON,<br><br>Petitioner,<br><br>v.<br><br>JIM ROBERTSON,<br><br>Respondent. | No. 2:23-cv-01001-DJC-EFB (PC)<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus. Petitioner seeks an extension of time of 30 days to file objections to the pending findings and recommendations (ECF No. 16). The request is GRANTED, and petitioner shall file his objections, if any, on or before July 20, 2025.

Dated: June 23, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1